EL PUEBLO, APELADO, *v.* CASTRO, APELANTE.

Corte de Distrito de Ponce.

No. 2229.—Resuelto en marzo 28, 1924.

El primer motivo de error alegado por el apelante para pedir la revocación de la sentencia que lo condenó por el delito de hurto de mayor cuantía es, que al decir la acusación que "sustrajo varias prendas valoradas en más de cien dollars" sin otra descripción o identificación de dichas prendas, no imputa un delito.

El fiscal estuvo conforme con que la acusación era insuficiente y de acuerdo con el caso de *El Pueblo* v. *Piris,* (pág. 941) se revocó la sentencia apelada.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.